**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Mauricio Leyva Cosio,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-04656-PHX-KML

**ORDER**

Respondents state they "do not oppose Petitioner's request for a bond hearing." (Doc. 7 at 1.) Based on that concession,

**IT IS ORDERED** the petition for writ of habeas corpus (Doc. 1) is **GRANTED** to the extent it seeks a bond hearing. Respondents must provide petitioner a bond hearing within seven days of the date this order is docketed or release him from custody under the same conditions that existed before his detention. Respondents must provide a notice of compliance within three days of releasing petitioner or providing him a bond hearing. That notice must include the result of the bond hearing.

/
/
/
/
/
/

**IT IS FURTHER ORDERED** the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 14th day of July, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**